# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Dewayne Lee Anthony, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00387-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Susan McNeely | ) | |
| Albert Keith Kuhne, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2012 Order.

December 18, 2012

Frank G. Johns, Clerk
United States District Court